**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 APR -9 A 10:47
CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| GUILLAUME BASELET, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 311-097 |
| | ) | |
| WALT WELLS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Harley G. Lappin is **DISMISSED** from this case, as Warden Walt Wells is the only proper Respondent. Further, the petition filed pursuant to 28 U.S.C. § 2241 is **DENIED**, this civil action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of Respondent Wells.

SO ORDERED this 9th day of April, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE